# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN COBBINS** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 21-155-JWD-EWD** |
| **JONATHAN GRAHAM, ET AL.** | |

## OPINION

The Court has independently reviewed the entire record in this case, the Magistrate Judge's Report dated September 1, 2022, (Doc. 52), and the Defendants' objection, (Doc. 53). For the reasons stated in the Magistrate Judge's Report and Recommendation and because this Court believes that genuine issues of material fact preclude resolution of Plaintiff's excessive force, failure to intervene, and state law claims against Sollie, which also preclude resolution of Plaintiff's supervisory claims against the LSP Supervisors;

**IT IS ORDERED** that the Motion for Summary Judgment, (Doc. 26) filed by Defendants Christopher Sollie, Kevin Reeves, John Riles, Mark Richards, Len Marie, and Scott Davis, is **DENIED** and that this matter is referred back to Magistrate Judge Erin Wilder-Doomes for a scheduling conference.

Signed in Baton Rouge, Louisiana, on <u>September 23, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**